United States District Court for the District of Columbia

**United States of America**  \*

v.  \*  No. 1:22-mj-00190-RMM-1

**Floyd Neal**  \*

## Notice of Appearance

Please enter the appearance of William L. Welch, III as counsel for defendant Floyd Neal in this matter.

1. I am admitted to practice in this Court, and my bar number is 447886.

2. My appearance is pursuant to a Criminal Justice Act appointment. 18 U.S.C. § 3006A(b).

/s/ *William L. Welch,* III

William L. Welch, III
D.C. Bar No. 447886
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Floyd Neal
(Appointed by this Court)

2

**Certificate of Service**

I hereby certify that on this 25th day of August 2022, a copy of the foregoing Notice of Appearance was delivered electronically to Samuel S. Frey (samuel.frey2@usdoj.gov), Office of the United States Attorney, 555 Fourth Street, NW, Washington, DC 20530.

/s/ *William L. Welch*, III

William L. Welch, III